UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| DARRELL FRAZIER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: |
| v. | ) | |
| | ) | |
| SCI KENTUCKY FUNERAL SERVICES | ) | |
| INC., d/b/a BLUE GRASS MEMORIAL | ) | |
| GARDENS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

## I. NATURE OF THE CASE

1.      This is an employment discrimination action brought by Plaintiff, Darrell Frazier ("Frazier"), by counsel, against the Defendant, SCI Kentucky Funeral Services, Inc. d/b/a Blue Grass Memorial Gardens, for its discriminatory and retaliatory actions taken against him in violation of the Age Discrimination in Employment Act of 1967 (ADEA), as amended 29 U.S.C. § 621 *et. seq* and the Kentucky Civil Rights Act.

## II. PARTIES

2.      At all relevant times to this action, Frazier resided within the Eastern District of Kentucky.

3.      Defendant is a corporation which maintains offices and conducts business in the geographical boundaries of the Eastern District of Kentucky.  Defendant may be served through its registered agent The Prentice Hall Corporation at 421 West Main Street, Frankfort, KY 40601.

## III. JURISDICTION AND VENUE

4.      This Court has jurisdiction over the subject matter of this amended complaint pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 29 U.S.C. § 626(c);

5.      Defendant is an "employer" within the meaning of 29 U.S.C. § 630(b), 29 and KCRA § 344.030(5).

6.      Frazier is an "employee" within the meaning of 29 U.S.C. § 630(f) and KCRA § 344.030(5).

7.      Frazier exhausted his administrative remedies by timely filing a Charge of Discrimination against Defendant with the Equal Employment Opportunity Commission and the Kentucky Human Rights Commission. Frazier received his Notice of Suit Rights for the Charge of Discrimination and timely files this action.

8.      All events pertinent to this lawsuit have occurred in the legal environs of the Eastern District of Kentucky, thus venue in this Court is proper.

## IV. FACTUAL ALLEGATIONS

9.      Frazier, who is 62-years old, began working for the Defendant on or around November 1, 2018.  Frazier's last held position was as a Director of Community Outreach.   At all relevant times, Frazier met or exceeded Defendant's legitimate performance expectations.

10.     Frazier was initially employed at Defendant's Indianapolis, Indiana location as a Pre-Planning Advisor.

11.     In or about March 2020, Frazier transferred to Defendant's Nicholasville, Kentucky location.

12.     In or about February 2022, Frazier overheard Timothy Johnson ("Johnson"), Sales Manager, state that he was going to terminate Frazier due to his age.  Prior to this, Johnson

routinely walked around the office swinging a bat when interacting with Frazier and other employees in an attempt to intimidate them.

13.     In or about February 2022, Frazier complained to Phil Wilburn ("Wilburn"), General Manager, about what he overheard Johnson say.

14.     Shortly after filing his complaint, Frazier was called into a meeting with Johnson on or about March 3, 2022.  During said meeting, Johnson, threw a report at Frazier, called Frazier an old man, and told Frazier that he was terminated.

15.     Frazier's employment was terminated because of his age.  He was then replaced with a younger individual.

16.     Due to the Defendant's actions, Frazier has been harmed.

## V. CAUSES OF ACTION

### COUNT I: ADEA & KCRA - DISCRIMINATION

17.     Frazier hereby incorporates paragraphs one (1) through sixteen (16) of his Complaint as if the same were set forth at length herein.

18.     Frazier's employment was terminated because of his age.  He was then replaced with a younger individual.

19.     Defendant willfully and intentionally discriminated against Frazier on the basis of his age in violation of the ADEA and KCRA.

20.     Frazier has suffered damages as a result of Defendant's unlawful actions.

### COUNT II: ADEA & KCRA - RETALIATION

21.     Plaintiff hereby incorporates paragraphs one (1) through twenty (20) of his Complaint.

22.     Frazier engaged in a protected activity when he complained about age discrimination to Defendant.

23.     Defendant retaliated against Frazier by terminating him after he complained of age discrimination.

24.     Defendant's actions were intentional, willful, and taken in reckless disregard of Frazier's legal rights under the ADEA and KCRA.

25.     Frazier suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Darrell Frazier, respectfully requests that this Court enter judgment in Plaintiff's favor and award Plaintiff the following relief:

1.     Reinstatement to his original position and salary he would have enjoyed but for Defendant's unlawful actions, or front pay in lieu thereof;

2.     Award Frazier back pay he would have earned, including benefits and interest, but for Defendant's unlawful actions;

3.     All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

4.     Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

5.     Liquidated damages for violations of the ADEA and KCRA;

6.     All costs and attorney's fees incurred as a result of bringing this action;

7.     Pre- and post-judgment interest on all sums recoverable; and

8.     All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

*/s/Taylor Ferguson*
Taylor Ferguson
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: tferguson@bdlegal.com
*Counsel for Plaintiff, Darrell Frazier*

## **DEMAND FOR JURY TRIAL**

Plaintiff, Darrell Frazier, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

*/s/Taylor Ferguson*
Taylor Ferguson
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: tferguson@bdlegal.com
*Counsel for Plaintiff, Darrell Frazier*