UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DARRELL FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 22-315-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SCI KENTUCKY FUNERAL SERVICES INC. d/b/a/ BLUEGRASS MEMORIAL GARDENS, | ) ) ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Darrell Frazier and Defendant SCI Kentucky Funeral Services Inc., d/b/a Bluegrass Memorial Gardens, by their respective counsel, have tendered a proposed agreed order to dismiss all remaining claims with prejudice. [Record No. 26]

Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' proposed agreed order of dismissal, docketed as a motion [Record No. 26], is **GRANTED**.

2. All claims remaining in this matter are **DISMISSED**, with prejudice. This matter is **DISMISSED** and **STRICKEN** from this docket.

3. The parties shall bear their respective fees and expenses.

Dated: November 22, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky